# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

TATYANA SIZYUK,                       )
      Plaintiff,                       )
v.                                    )    Cause No. 4:20-cv-00075-TLS
PURDUE UNIVERSITY; BOARD OF           )
TRUSTEES OF PURDUE UNIVERSITY;        )
and SEUNGJIN KIM and MAMORU           )
ISHII, in their personal capacities,  )
      Defendants.                      )

### DEFENDANT PURDUE UNIVERSITY'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE*

Defendant The Trustees of Purdue University (denominated in the caption as

"Purdue University" and "Board Trustees of Purdue University") hereby provides

notice to the Court and the parties that Purdue University does not oppose

Plaintiff's Motion *in Limine* (ECF Nos. 84 & 85).

Respectfully submitted,

/s/ Matthew M. Humble
William P. Kealey
Matthew M. Humble
Kirstie E. Klutzke
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Phone:  765.423.1561
E-Mail: wpk@stuartlaw.com
       mmh@stuartlaw.com
       kek@stuartlaw.com
***Attorneys for Defendant The Trustees of Purdue University***