UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

TATYANA SIZYUK

v.  Case No. 4:20-CV-075 JD

PURDUE UNIVERSITY, *et. al.*

## ORDER FOR JURY MEALS

IT IS THE ORDER of this Court for security reasons the jury in this case be committed to the custody of the Court Security Officers, duly sworn, and furnished meals for each day of trial, including deliberation, as directed by the Court; and

IT IS FURTHER ORDERED that the Clerk of Court for the Northern District of Indiana be authorized to make payment for all food furnished said jury out of the appropriation provided therefore at the expense of the United States of America given the need to keep the jury together in a designated space separated from the public during meals and to not let the jury separate each day of trial.

SO ORDERED.

ENTERED: January 19, 2024

/s/ THERESA L. SPRINGMANN
Judge
United States District Court

Jury Meals for trial beginning January 22, 2024