UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TATYANA SIZYUK,<br><br>      Plaintiff,<br><br>v.<br><br>PURDUE UNIVERSITY, BOARD OF TRUSTEES OF PURDUE UNIVERSITY, and MAMORU ISHII, in his personal capacity,<br><br>      Defendants. | CAUSE NO.: 4:20-CV-75-TLS |

## VERDICT FORM

We, the jury, unanimously answer the questions submitted by the Court as follows:

**Question 1 (select "yes" or "no"):**

Did Plaintiff Tatyana Sizyuk prove by a preponderance of the evidence that Defendant Mamoru Ishii actually harbored a discriminatory animus against Plaintiff because of her race, sex, and/or national origin?

    YES __✓__        NO _____

*If your answer to Question 1 is "no," then you have reached a verdict. Do not answer any further questions. Please sign and date this verdict form and alert the Courtroom Deputy.*

*If your answer to Question 1 is "yes," then proceed to answer Question 2.*

**Question 2 (select "yes" or "no"):**

Did Plaintiff Tatyana Sizyuk prove her "cat's paw" theory by a preponderance of the evidence? That is, did Plaintiff prove by a preponderance of the evidence that Defendant Mamoru Ishii used Defendant Purdue University as a dupe in a deliberate scheme to trigger the denial of Plaintiff's tenure bid, such that Defendant Mamoru Ishii's discriminatory scheme was the proximate cause of Defendant Purdue University's decision to not award Plaintiff with employment tenure?

    YES _____        NO __✓__

*If your answer to Question 2 is "no," then you have reached a verdict. Do not answer any further questions. Please sign and date this verdict form and alert the Courtroom Deputy.*

*If your answer to Question 2 is "yes," then proceed to answer Questions 3 and 4.*

### Question 3:

What amount of damages, if any, is Plaintiff entitled to recover from Defendant Mamoru Ishii and Defendant Purdue University on her claim for physical and mental/emotional pain and suffering from Purdue University's decision to not grant Plaintiff employment tenure? (Note: This amount should not include any award of lost wages or benefits. Those amounts, if any, will be determined by the Court.)

$ _____

*Regardless of your answer to Question 3, proceed to Question 4.*

### Question 4 (select "yes" or "no"):

Did Plaintiff Tatyana Sizyuk prove by a preponderance of the evidence that Defendant Mamoru Ishii showed a malicious or reckless disregard for the right of Plaintiff to a decision by Purdue University on her employment tenure candidacy free from discrimination on the basis of race, sex, and/or national origin?

YES _____          NO _____

*If your answer to Question 4 is "no," then you have reached a verdict. Do not answer any further questions. Please sign and date this verdict form and alert the Courtroom Deputy.*

*If your answer to Question 4 is "yes," then proceed to answer Question 5.*

### Question 5:

What amount of punitive damages, if any, is Plaintiff entitled to recover from Defendant Mamoru Ishii?

$ _____

*You have reached a verdict. Please sign and date this form and alert the Courtroom Deputy.*

_Angelique A DeMatteo-Hachtto_
FOREPERSON

_1/26/24     7:45pm_
DATE

2