AO 450 (Rev. 11/11)    Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TATYANA SIZYUK ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 4:20-cv-075 |
| PURDUE UNIVESITY ) | |
| ) | |
| SEUNGJIM KIM ) | |
| *in their personal capacity* ) | |
| *TERMINATED: 2/15/2023* ) | |
| ) | |
| MAMORU ISHII ) | |
| *in their personal capacity* ) | |
| ) | |
| BOARD OF TRUSTEES OF PURDUE ) | |
| UNIVERSITY ) | |
| Defendant ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*_____ recover costs from the plaintiff *(name)* _____ .

**X** other:  The Jury finds in favor of the Defendants Purdue University, Mamoru Ishii and Board of Trustees of Purdue University and against Plaintiff Tatyana Sizyuk.

This action was (*check one*):

**X** tried by a jury with Judge <u>Theresa L. Springmann</u>  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

DATE: January 30, 2024        *CHANDA J. BERTA, CLERK OF COURT*

                              by J. Schrader
                              *Signature of Clerk or Deputy Clerk*