AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TATYANA SIZYUK )<br>)<br>Plaintiff )<br>)<br>v. )<br>PURDUE UNIVERSITY )<br>)<br>SEUNGJIN KIM )<br>*in their personal capacity* )<br>*TERMINATED: 2/15/2023* )<br>)<br>MAMORU ISHII )<br>*in their personal capacity* )<br>)<br>BOARD OF TRUSTEES OF PURDUE )<br>UNIVERSITY )<br>Defendants ) | Civil Action No. 4:20-cv-075 |

## SECOND AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: _The Jury finds in favor of the Defendants Purdue University, Mamoru Ishii and Board of Trustees of Purdue University and against Plaintiff Tatyana Sizyuk._

This action was (*check one*):

**X** tried by a jury with Judge <u>Theresa L. Springmann</u>  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

DATE: February 6, 2024        CHANDA J. BERTA, CLERK OF COURT

by J. Schrader
*Signature of Clerk or Deputy Clerk*